Jake **STARNES**, Appellant, v. **STATE** of Texas, Appellee.

No. 21732.

Court of Criminal Appeals of Texas.

Oct. 15, 1941.

Frank Ivey, of Dallas, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

**HAWKINS, Presiding Judge.**

Conviction is for selling whiskey in dry area, punishment assessed being a fine of $200.

Since the jurisdiction of the Court of Criminal Appeals attached appellant has

filed his affidavit advising the court that he does not desire to further prosecute his appeal, and the same is hereby ordered dismissed.